|  | Case Number (Trans. Court) |
|---|---|
| **United States District Court**<br>**Northern District of Texas**<br>**Intra-District Transfer of Jurisdiction** | 2:19-CR-076-Z(04) |
|  | Case Number (Rec. Court) |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Caleb Wayne Mestas** | Northern District of Texas | Amarillo |

| | Name of Sentencing Judge |
|---|---|
| | The Honorable Matthew J. Kacsmaryk |

| Dates Of Probation/<br>Supervised Release | From<br>October 31, 2025 | To<br>October 30, 2028 |
|---|---|---|

Offense

Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2)

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District Of Texas, Amarillo Division**

THE U.S. DISTRICT CLERK IS HEREBY ORDERED to transfer intra-district jurisdiction of the probationer or supervised releasee named above and all records of this Court to the Court of the Honorable Matthew J. Kacsmaryk U.S. District Court for the Northern District of Texas, Northern District of Texas, Lubbock Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 7, 2026

_____
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Lubbock Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/10/26

_____
Effective Date

_____
U.S. District Judge

Prob22A (Revised 12/15/14)

Page 1 of 1